**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHN SMITH et al,                                No. C 07-06298 MHP

9              Plaintiff(s),                          **CLERK'S NOTICE**
                                                      **(Scheduling Case Management Conference**
10     v.                                             **in Reassigned Case)**

11   CITY OF OAKLAND et al,

12             Defendant(s).
                                          /
13

14         This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

15   hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday,**

16   **April 7, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the

17   conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case

18   Management Statement on all defendants, and shall also serve a copy of this notice on all

19   defendants.

20

21                                          Richard W. Wieking
                                            Clerk, U.S. District Court
22

23

24   Dated:  March 19, 2008                 Anthony Bowser, Deputy Clerk to the
                                            Honorable Marilyn Hall Patel
25                                                 (415) 522-3140

26

27

28