**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 7, 2008

Case No.   C07-6298 MHP          Judge: MARILYN H. PATEL

Title: JOHN SMITH, et al -v- CITY OF OAKLAND, et al.

Attorneys:  Plf: Benjamin Nisenbaum and Michael Haddad
            Dft: Arlene Rosen

Deputy Clerk: Frank Justiliano          Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   Status Conference   - HELD.

2)

3)

**ORDERED AFTER HEARING:**

Case continued to May 5, 2008 at 3:00 p.m. for Further Case Management Conference.  Joint CMC statements with briefing on grouping of cases, possible referral to magistrate judge and proposed procedure to proceed on cases under statute of limitations due by April 28, 2008.  Referral to ADR withdrawn until further order of this court.