1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-6392        Fax: (510) 238-6500
   arosen@oaklandcityattorney.org
5  25818/447021

6  Attorneys for Defendants
   CITY OF OAKLAND, et al.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN SMITH; ROBERT DAVIS; MEHERET ANETENEH; KIRBY BRADSHAW; SPENCER LUCAS; JAMEL PARRISH; YUSEF MORRIS; ELBERT OWENS; RAHEEM HILL; SHERMAN DUNN,

              Plaintiffs,

       vs.

   CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for the CITY OF OAKLAND; J. KOSTER, individually and in his capacity as a police officer for the CITY OF OAKLAND; BROWN, individually and in his capacity as a police officer for the CITY OF OAKLAND; E. FRAZIER, individually and in his capacity as a police officer for the CITY OF OAKLAND; R. HOLTON, individually and in her capacity as a police officer for the CITY OF OAKLAND; MAYER, individually and in his capacity as a police officer for the CITY OF OAKLAND; T. BERGERON, individually and in his capacity as a police officer for the CITY OF OAKLAND; B. BURKE, individually and in his capacity as a police officer for the CITY OF OAKLAND; J. FOREMAN, individually and in his capacity as a police officer for the CITY OF OAKLAND; L. LEONIS, individually and in her capacity as a police officer for the CITY OF OAKLAND; | Case No. C-07-06298-MHP

NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS OF PLAINTIFFS YUSEF MORRIS, ROBERT DAVIS AND JAMEL PARRISH (F.R.C.P. 12(b)(6) AND 41(b))

DATE:    June 2, 2008
TIME:    2:00 p.m.
PLACE:   Courtroom 15, 18th Floor

Honorable Marilyn Hall Patel |

| | |
|---|---|
| 1 | S. BOWLING, individually and in his capacity as a police officer for the CITY OF OAKLAND; |
| 2 | T. GODFREY, individually and in his capacity as a police officer for the CITY OF OAKLAND; |
| 3 | S. TITH, individually and in his capacity as a police officer for the CITY OF OAKLAND; |
| 4 | M. MARTINEZ, individually and in his capacity as a police officer for the CITY OF OAKLAND; |
| 5 | M. MILLER, individually and in his capacity as a police officer for the CITY OF OAKLAND; |
| 6 | C. JOHNSON, individually and in his capacity as a police officer for the CITY OF OAKLAND; |
| 7 | CRABTREE, individually and in his capacity as a police officer for the CITY OF OAKLAND; |
| 8 | and, DOES 1-25, inclusive, |
| 9 | Defendants. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on Monday, June 2, 2008 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 15, 18th Floor of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, Defendants City of Oakland, et al., will and hereby do move the Court to dismiss the claims of Plaintiffs YUSEF MORRIS (Complaint, paragraphs 71-74, inclusive), ROBERT DAVIS (Complaint, paragraphs 43 – 48, inclusive) and JAMEL PARRISH (Complaint, paragraphs 67-70, inclusive) for failure to state a claim upon which relief can be granted. Defendants bring this motion under Federal Rule of Civil Procedure Rule 12(b)(6) and Rule 41(b), as the applicable statute of limitations bars each of their claims.

///
///
///
///
///
///

NOTICE OF MOTION AND MOTION
TO DISMISS CLAIMS OF PLAINTIFFS
YUSEF MORRIS, ROBERT DAVIS AND
JAMEL PARRISH (F.R.C.P. 12(b)(6) AND
41(b))

2

C-07-06298-MHP

1       This motion is based on this Notice, Defendants' Memorandum of Points

2 and Authorities in Support of Motion to Dismiss, the court file in this action, and oral

3 argument to be presented at the hearing on this motion.

4 DATED: April 25, 2008

                JOHN A. RUSSO, City Attorney
                RANDOLPH W. HALL, Chief Assistant City Attorney
                WILLIAM E. SIMMONS, Supervising Trial Attorney
                ARLENE M. ROSEN, Senior Deputy City Attorney

      By: _____
                Attorneys for Defendants
                CITY OF OAKLAND, et al.