1 | JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2 | WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3 | One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
4 | Telephone: (510) 238-6392    Fax: (510) 238-6500
arosen@oaklandcityattorney.org
5 | 25818/447276

6 | Attorneys for Defendants
CITY OF OAKLAND, et al.
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JOHN SMITH; ROBERT DAVIS; MEHERET ANETENEH; KIRBY BRADSHAW; SPENCER LUCAS; JAMEL PARRISH; YUSEF MORRIS; ELBERT OWENS; RAHEEM HILL; SHERMAN DUNN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for the CITY OF OAKLAND; J. KOSTER, individually and in his capacity as a police officer for the CITY OF OAKLAND; BROWN, individually and in his capacity as a police officer for the CITY OF OAKLAND; E. FRAZIER, individually and in his capacity as a police officer for the CITY OF OAKLAND; R. HOLTON, individually and in her capacity as a police officer for the CITY OF OAKLAND; MAYER, individually and in his capacity as a police officer for the CITY OF OAKLAND; T. BERGERON, individually and in his capacity as a police officer for the CITY OF OAKLAND; B. BURKE, individually and in his capacity as a police officer for the CITY OF OAKLAND; J. FOREMAN, individually and in his capacity as a police officer | Case No. C-07-06298-MHP<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CLAIMS OF PLAINTIFFS YUSEF MORRIS, ROBERT DAVIS AND JAMEL PARRISH**<br><br>DATE:    June 2, 2008<br>TIME:    2:00 p.m.<br>PLACE:   Courtroom 15, 18th Floor<br><br>Honorable Marilyn Hall Patel |

```
 1 │ for the CITY OF OAKLAND; L. LEONIS,
   │ individually and in her capacity as a police
 2 │ officer for the CITY OF OAKLAND;
   │ S. BOWLING, individually and in his capacity as
 3 │ a police officer for the CITY OF OAKLAND;
   │ T. GODFREY, individually and in his capacity as
 4 │ a police officer for the CITY OF OAKLAND;
   │ S. TITH, individually and in his capacity as a
 5 │ police officer for the CITY OF OAKLAND;
   │ M. MARTINEZ, individually and in his capacity
 6 │ as a police officer for the CITY OF OAKLAND;
   │ M. MILLER, individually and in his capacity as a
 7 │ police officer for the CITY OF OAKLAND;
   │ C. JOHNSON, individually and in his capacity as
 8 │ a police officer for the CITY OF OAKLAND;
   │ CRABTREE, individually and in his capacity as a
 9 │ police officer for the CITY OF OAKLAND;
   │ and, DOES 1-25, inclusive,
10
   │                Defendants.
11
```

12      Pursuant to Federal Rule of Evidence 201(d), defendants hereby request the

13 Court take judicial notice of the following matters of public record, attached hereto:

14      Exhibit 1:    Complaint filed in *Foster, et al. v. City of Oakland, et al.*,
                      United States District Court No. C05-3110 MHP, August 1,
15                    2005

16
        Exhibit 2:    First Amended Complaint filed in *Foster, et al., supra*,
17                    September 22, 2005.

18
        Exhibit 3:    Order denying plaintiffs' motion for class certification in
19                    *Foster, et al., supra*, and related actions, January 29, 2007.

20      The attached documents are matters of public record on file with this court

21 and are not subject to reasonable dispute.

22 DATED: April 25, 2008         JOHN A. RUSSO, City Attorney
                                 RANDOLPH W. HALL, Chief Assistant City Attorney
23                               WILLIAM E. SIMMONS, Supervising Trial Attorney
                                 ARLENE M. ROSEN, Senior Deputy City Attorney
24
25                               By: _____/s/_____
                                 Attorneys for Defendants
26                               CITY OF OAKLAND, et al.