```
 1  JOHN A. RUSSO, City Attorney - State Bar #129729
    RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
 2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
    ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California  94612
 4  Telephone:  (510) 238-6392        Fax:  (510) 238-6500
    arosen@oaklandcityattorney.org
 5  25818/447183

 6  Attorneys for Defendants
    CITY OF OAKLAND, et al.
 7

 8                    UNITED STATES DISTRICT COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| 11  JOHN SMITH; ROBERT DAVIS;<br>    MEHERET ANETENEH; KIRBY BRADSHAW;<br>12  SPENCER LUCAS; JAMEL PARRISH;<br>    YUSEF MORRIS; ELBERT OWENS;<br>13  RAHEEM HILL; SHERMAN DUNN,<br>14            Plaintiffs,<br>15       vs.<br>16  CITY OF OAKLAND, a municipal corporation;<br>    WAYNE TUCKER, in his capacity as Chief of<br>17  Police for the CITY OF OAKLAND; J. KOSTER,<br>    individually and in his capacity as a police<br>18  officer for the CITY OF OAKLAND; BROWN,<br>    individually and in his capacity as a police<br>19  officer for the CITY OF OAKLAND; E.<br>    FRAZIER, individually and in his capacity as a<br>20  police officer for the CITY OF OAKLAND;<br>    R. HOLTON, individually and in her capacity as<br>21  a police officer for the CITY OF OAKLAND;<br>    MAYER, individually and in his capacity as a<br>22  police officer for the CITY OF OAKLAND; T.<br>    BERGERON, individually and in his capacity as<br>23  a police officer for the CITY OF OAKLAND;<br>    B. BURKE, individually and in his capacity as a<br>24  police officer for the CITY OF OAKLAND;<br>    J. FOREMAN, individually and in his capacity<br>25  as a police officer for the CITY OF OAKLAND;<br>    L. LEONIS, individually and in her capacity as a<br>26  police officer for the CITY OF OAKLAND; | Case No.  C-07-06298-MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) AND 41(b) AND DISMISSAL OF CLAIMS OF PLAINTIFFS YUSEF MORRIS, ROBERT DAVIS AND JAMEL PARRISH**<br><br>DATE:      June 2, 2008<br>TIME:      2:00 p.m.<br>PLACE:    Courtroom 15, 18th Floor<br><br>Honorable Marilyn Hall Patel |

```
1  S. BOWLING, individually and in his capacity
   as a police officer for the CITY OF OAKLAND;
2  T. GODFREY, individually and in his capacity
   as a police officer for the CITY OF OAKLAND;
3  S. TITH, individually and in his capacity as a
   police officer for the CITY OF OAKLAND;
4  M. MARTINEZ, individually and in his capacity
   as a police officer for the CITY OF OAKLAND;
5  M. MILLER, individually and in his capacity as a
   police officer for the CITY OF OAKLAND;
6  C. JOHNSON, individually and in his capacity
   as a police officer for the CITY OF OAKLAND;
7  CRABTREE, individually and in his capacity as
   a police officer for the CITY OF OAKLAND;
8  and, DOES 1-25, inclusive,

9              Defendants.
```

10
11        Defendants' Motion to Dismiss the Claims of Plaintiffs Yusef Morris, Robert

12 Davis and Jamel Parrish came on regularly for hearing at the above-captioned time and

13 place.  Plaintiffs were represented by attorneys Benjamin Nisenbaum and Michael

14 Haddad.  Defendants City of Oakland, et al. were represented by Senior Deputy City

15 Attorney Arlene M. Rosen.

16        Having considered the papers submitted and heard the argument of the

17 parties, and good cause appearing therefor, IT IS HEREBY ORDERED that Defendants'

18 motion brought pursuant to Federal Rules of Civil Procedure 12(b)(6) and 41(b) is

19 GRANTED without leave to amend.  IT IS FURTHER ORDERED that the claims of Yusef

20 Morris, Robert Davis and Jamel Parrish be and hereby are dismissed with prejudice on

21 the ground they are time-barred.

22        **IT IS SO ORDERED.**

23 DATED: _____
24
25
                                             _____
26                                           UNITED STATES DISTRICT JUDGE