**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 5, 2008

Case No.   C 04-4843  MHP                    Judge: MARILYN H. PATEL

C 04-4843  James Taylor et al v. City of Oakland et al:
C 05-3110  Darnell Foster et al v. City of Oakland et al:
C 05-3204  Jimmy Rider et al v. City of Oakland et al:
C 06-2426  Tyrone Moore v. City of Oakland et al;
C 07-1773  Jeffrie Miller et al v. City of Oakland et al:
C 07-4179  David Ward et al v. City of Oakland et al;
C 07-6298  John Smith et al v. City of Oakland et al;

Attorneys:  Plf: John Burris, Ben Nisenbaum, Michael Hadad
            Dft: Arlene Rosen, Stephen Rowell, Rocio Fierro

Deputy Clerk:  Anthony Bowser   Court Reporter: James Yeomans

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Claims discussed; Counsel submit after further discussion; Proposed policies submitted by defendants discussed; Plaintiffs to submit response to proposed policy(ies) within 30 days;

As to C 07-6298, defendant's motion currently on 6/2/2008, rescheduled to 6/11/2008 at 2:30 pm, with briefing schedules as modified in court;

Counsel to provide chart/layout of grouping of actions/defendants as directed by bench order, made at the time of hearing, within two weeks;

Counsel to provide CMC statement, which includes a list of five strongest actions for determination of further pretrial and trial schedules, included discovery completion deadlines not later than 6/5/2008;

Counsel to submit supplemental witness list for remaining plaintiffs by 6/30/2008; Tentative Jury Trial date reserved for 3/3/2009 at 8:30 am; Further status conference set for 6/11/2008 at 2:30 pm.