UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: June 11, 2008

Case No.   C 04-4843  MHP              Judge: MARILYN H. PATEL

C 04-4843  James Taylor et al v. City of Oakland et al:
C 05-3110  Darnell Foster et al v. City of Oakland et al:
C 05-3204  Jimmy Rider et al v. City of Oakland et al:
C 06-2426  Tyrone Moore v. City of Oakland et al;
C 07-1773  Jeffrie Miller et al v. City of Oakland et al:
C 07-4179  David Ward et al v. City of Oakland et al;
C 07-6298  John Smith et al v. City of Oakland et al;

Attorneys:  Plf: John Burris, Ben Nisenbaum, Michael Hadad
            Dft: Arlene Rosen

Deputy Clerk:  Anthony Bowser   Court Reporter: Lydia Zinn

### PROCEEDINGS

1)   Status Conference

2)

3)

### ORDERED AFTER HEARING:

Briefing schedules as follows:

   Class certification motions to be filed 9/15/2008;
   Oppositions to be filed by 10/15/2008;
   Replies to be filed by 11/15/2008;
   Motions to be heard 2:00 pm on 12/1/2008;

Pretrial Conference set for 2/19/2009 at 2:30 pm, with all pretrial filings to be submitted ten days prior to the conference;
Jury Trial set for 3/3/2009 at 8:30 am (4 to 6 weeks);
Fact Discovery cut-off: 11/17/2008;
Expert Designation/Reports: 12/5/2008;
Close of Expert Discovery: 1/30/2009;

Discovery warning given.