John J. Verber, State Bar No. 139917
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendant
INGO MAYER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH, KIRBY BRADSHAW, SPENCER LUCAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation, WAYNE TUCKER, in his capacity as Chief of Police for the City of Oakland, MAYER, individually and in his capacity as a police officer for the City of Oakland, et al.,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | No. 3:07-cv-6298 MHP<br><br>~~PROPOSED~~ ORDER GRANTING IN PART JOINT STIPULATION FOR SUPPLEMENTAL BRIEFING AND SUBMISSION OF EVIDENCE IN SUPPORT OF PUNITIVE DAMAGES<br><br>Complaint Filed: December 27, 2011 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE that the Joint Stipulation for Supplemental Briefing and Submission of Evidence in Support of Punitive Damages was considered by this Court IN PART.

THE COURT HEREBY ORDERS that the Stipulation be GRANTED. ~~Plaintiffs' Brief is to be filed by October 21, 2011.  Defendant Ingo Mayer's responsive pleading is due 10 days after Plaintiffs' brief is filed.~~  The parties shall file simultaneous briefs on or before October 17, 2011  There will be no continuances.

October 11, 2011

IT IS SO ORDERED.

IT IS SO ORDERED
AS MODIFIED

Judge Marilyn H. Patel

2

PROPOSED ORDER GRANTING JOINT STIPULATION
FOR SUPPLEMENTAL BRIEFING AND SUBMISSION
OF EVIDENCE IN SUPPORT OF PUNITIVE DAMAGES

No. 3:07-cv-6298-MHP