JOHN L. BURRIS (State Bar No. 69888)
BENJAMIN NISENBAUM (State Bar No. 222173)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TAYLOR, et. al.,<br><br>　　　　Plaintiffs,<br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants,<br><br>_AND ALL RELATED CASES_<br><br>SMITH, et. al.,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants.<br><br>(Case No. C-07-6298 SI) | Related Case No. C-04-4843 SI<br><br>Hon. Susan Illston<br><br>**STIPULATION AND (PROPOSED) ORDER RE: EXECUTION OF JUDGMENT AND PRESERVATION OF DEFENDANT MAYER'S ASSETS**<br>Smith v. City of Oakland, No. C-07-6298 SI (Plaintiffs Spencer Troy Lucas and Kirby Bradshaw) |

No. C-07-6298 SI: STIPULATION AND (PROPOSED) ORDER RE: EXECUTION OF JUDGMENT AND PRESERVATION OF DEFENDANT MAYER'S ASSETS

1

Plaintiffs Spencer Troy Lucas and Kirby Bradshaw and Defendant Officer Ingo Mayer, in Smith v. City of Oakland, No. C-07-6298 SI, by and through their respective counsel, hereby enter into the following stipulation concerning the preservation of Defendant Mayer's assets, and Plaintiffs' agreement to delay execution of the judgment in this matter against Defendant Mayer's assets. These parties stipulate as follows:

1. Defendant Mayer, through his counsel, has requested that the City of Oakland indemnify Defendant Mayer for the punitive damages awarded against him in this matter. At this time, the City of Oakland has not provided a final answer to this request.

2. Plaintiffs agree not to commence proceedings to execute the judgment (Smith, Doc. 84) against Defendant Mayer's assets until June 1, 2012, or until the City of Oakland informs these parties that it will not pay the punitive damages ($40,000.00 plus judgment interest) assessed against Defendant Mayer in this matter, whichever is sooner.

3. In consideration of Plaintiffs' agreement to delay execution of the judgment as set forth in item (2), Defendant Mayer will maintain and preserve at least Forty-One Thousand Dollars ($41,000.00) of his money in an account in a regulated United States financial institution until the judgment in this matter has been fully satisfied. Defendant Mayer, through his counsel, will provide Plaintiffs' counsel with proof of such deposit, including the name and location of the financial institution and account number, within ten days after this stipulation is filed in the Court docket.

The parties further stipulate and request that this Court enter this stipulation as an order.

No. C-07-6298 SI: STIPULATION AND (PROPOSED) ORDER RE: EXECUTION OF JUDGMENT AND PRESERVATION OF DEFENDANT MAYER'S ASSETS

2

DATED: January 19, 2012     HADDAD & SHERWIN

By: /s/ Michael J. Haddad
Attorneys for Plaintiffs

DATED: January 19, 2012     BURNHAM BROWN

By: _____
Attorneys for Defendant
Officer Ingo Mayer

## ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated: _____1/24_____, 2012.

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT