JOHN L. BURRIS (State Bar No. 69888)
BENJAMIN NISENBAUM (State Bar No. 222173)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiffs

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES TAYLOR, et. al., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF OAKLAND, et. al., <br><br> Defendants, <br><br> <u>*AND ALL RELATED CASES*</u> <br><br><br> SMITH, et. al., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. <br><br> (Case No. C-07-6298 SI) | Related Case No. C-04-4843 SI <br><br> Hon. Susan Illston <br><br> **STIPULATION AND (PROPOSED) ORDER TO CONTINUE DEADLINE FOR FILING PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES AND EXPENSES in <u>Smith v. City of Oakland</u>, No. C-07-6298 SI (Plaintiffs Spencer Troy Lucas and Kirby Bradshaw) <u>DUE TO CONTINGENT SETTLEMENT OF FEE CLAIM</u>** |

All parties in the cases tried in Smith v. City of Oakland, No. C-07-6298 SI (Plaintiffs Spencer Troy Lucas and Kirby Bradshaw v. City of Oakland and Officer Ingo Mayer), by and through their respective counsel, hereby inform the court that they have agreed to a tentative settlement of all claims for fees and costs in this particular case, subject to approval by the Oakland City Council. Currently, the deadline for filing the fee motion is March 1, 2012.

To avoid the need to incur unnecessary fees and costs while this tentative settlement is under consideration by the City Counsel, the parties stipulate, and request this Court to order, that Plaintiffs' motion for reasonable attorneys' fees and costs may be filed on or before June 1, 2012.

DATED: February 15, 2012          HADDAD & SHERWIN

             By:/s/ Michael J. Haddad_____
               Attorneys for Plaintiffs


DATED: February 16, 2012          OFFICE OF THE CITY ATTORNEY

             By: /s/ Randolph Hall_____
               Attorneys for Defendant
               City of Oakland

DATED: February 16, 2012          BURNHAM BROWN

             By: /s/ John J. Verber_____
               Attorneys for Defendant
               Officer Ingo Mayer

## ORDER

Pursuant to stipulation of the parties and their contingent settlement of Plaintiffs' claims for reasonable attorneys' fees and costs, IT IS SO ORDERED. Plaintiffs' motion for reasonable attorneys' fees and costs may be filed on or before June 1, 2012.

Dated: __2/17_____, 2012.

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT